United States District Court
Southern District of Texas
**ENTERED**
April 12, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARIA VIRGINIA MORENO ATENCIO, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. H-26-365 |
| v. | § § | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

The defendants have filed an unopposed motion to extend the deadline to file an answer or other responsive pleading by 90 days. (Docket Entry No. 7). The court grants the motion. The defendants must file a response or other responsive pleading no later than July 13, 2026.

SIGNED on April 10, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge